UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

Case No. 14-34710-BKC-PGH

Chapter 7

**JOHN L. FLOYD**

    **Debtor.**

_____/

### TRUSTEE'S NOTICE OF INABILITY TO FILE TRUSTEE'S STATEMENT RE: DEBTOR'S COMPLIANCE WITH § 521(a)(1)

Margaret J. Smith, in her capacity as Chapter 7 Trustee (the "Trustee") for John L. Floyd (the "Debtor"), files this Trustee's Notice of Inability to File Trustee's Statement re: Debtor's Compliance With § 521(a)(1) Filing Requirements and states as follows:

1. The Debtor filed for Chapter 7 bankruptcy on November 6, 2014.

2. The Debtor filed his Certification of Budget and Credit Counseling Course on November 6, 2014 (DE 5) (the "Certification").

3. Pursuant to U.S. Code § 521(b), the Debtor shall:

   *(b) In addition to the requirements under subsection (a), a debtor who is an individual shall file with the court—*
   *(1) a certificate from the approved nonprofit budget and credit counseling agency that provided the debtor services under section 109 (h) describing the services provided to the debtor;*

4. Pursuant to U.S. Code 109(h):

   *(h) (1) Subject to paragraphs (2) and (3), and notwithstanding any other provision of this section other than paragraph (4) of this subsection, an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing of the petition by such individual, received from an approved*

> *nonprofit budget and credit counseling agency described in section 111 (a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.*

5. The Certification filed was obtained on April 4, 2014, more than 180 days preceding the bankruptcy filing.

6. Based on the facts above, the Trustee is unable to file Trustee's Statement re: Debtor's Compliance With § 521(a)(1) Filing Requirements.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 16, 2014 via the Court's Notice of Electronic Filing upon the U.S. Trustee's Office and via U.S. Mail to John L. Floyd, 5635 NW Wesley Road, Port St. Lucie, Florida  34986.

Dated: December 16, 2014

By:     /s/Margaret J. Smith
Margaret J. Smith, Trustee
1101 Brickell Avenue, #S-503
Miami, FL  33131
Phone:  305/358-6092
msmith@glassratner.com